# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Williams, Stephen F. | U.S. Court of Appeals, DC Ci | 05/15/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article III Judge, Senior Status | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

U.S. Court of Appeals
333 Constitution Avenue, NW
Washington, DC 20001

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Williams, Stephen F. | 05/15/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | DC Public Schools |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Penn Law School | January 26, 2012 | Philadelphia, PA | Moot Court | Transportation, food and lodging |
| 2. | University of Colorado | February 11-February 13, 2012 | Boulder, CO | Telecommunications Program | Transportation, food and lodging |
| 3. | Duke Law School | April 26-April 27, 2012 | Durham, NC | Panel Discussion | Transportation, food and lodging |
| 4. | Federal Trade Commission | September 22-September 29, 2012 | Moscow, Russia | Meeting with another government entity | Transportation, food and lodging |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Williams, Stephen F. | 05/15/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Williams, Stephen F. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Trust # 1 Chase Manhattan (J.P. Morgan mutual funds) N.1 | B | Int/Div | L | T | | | | | |
| 2. | Dreyfus S&P 500 Fund | B | Dividend | L | T | | | | | |
| 3. | Dreyfus S&P 500 Fund | D | Dividend | N | T | | | | | |
| 4. | Vanguard Index 500 | D | Dividend | N | T | | | | | |
| 5. | Vanguard Prime MM Fund | A | Dividend | N | T | | | | | |
| 6. | Vanguard Index 500 | D | Dividend | O | T | | | | | |
| 7. | Vanguard Mid-Cap Index | D | Dividend | N | T | | | | | |
| 8. | Vanguard Prime MM Fund | A | Dividend | N | T | | | | | |
| 9. | Vanguard Mid-Cap Index | C | Dividend | N | T | | | | | |
| 10. | Barrick Gold Corp. | A | Dividend | K | T | | | | | |
| 11. | Gold Corp., Inc | A | Dividend | K | T | | | | | |
| 12. | House, Boulder, CO | D | Rent | O | W | | | | | |
| 13. | PNC Bank | A | Interest | L | T | | | | | |
| 14. | TIAA CREF Ret. Annuities | C | Distribution | M | T | | | | | |
| 15. | Nestle | A | Dividend | L | T | | | | | |
| 16. | Proctor & Gamble | A | Dividend | K | T | | | | | |
| 17. | Questar | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Williams, Stephen F. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. QEP Resources | A | Dividend | K | T | | | | | |
| 19. Bank of America | A | Dividend | | | Sold | 11/13/12 | J | | |
| 20. Merck | A | Dividend | K | T | | | | | |
| 21. JP Morgan Access Balanced Fund | C | Dividend | | | Buy (add'l) | 02/21/12 | M | | |
| 22. | | | | | Sold | 10/26/12 | N | D | |
| 23. JP Morgan Access Growth Fund | A | Dividend | | | Sold | 02/21/12 | L | | |
| 24. JP Morgan cash reserve. | A | Int./Div. | | | Sold | 11/13/12 | N | | |
| 25. JP Morgan Access Balanced Fund | C | Dividend | | | Buy (add'l) | 02/21/12 | M | | |
| 26. | | | | | Sold | 10/26/12 | N | D | |
| 27. JP Morgan Access Growth Fund | A | Dividend | | | Sold | 02/21/12 | L | | |
| 28. JP Morgan cash reserve | A | Int./Div. | | | Sold | 11/13/12 | N | | |
| 29. Trust No. 2, BNY Mellon, Dreyfus Mutual Funds (T-BNY) | A | Dividend | K | T | | | | | |
| 30. BNY Mellon Mutual Funds (T-BNY) | A | Dividend | L | T | | | | | |
| 31. BNY Mellon Cash Reserve Account (T-BNY) | A | Dividend | J | T | | | | | |
| 32. ETF Vanguard Emerging Markets (T-BNY) | A | Dividend | J | T | | | | | |
| 33. Strategic Global Stock Fund (T-BNY) | A | Dividend | K | T | | | | | |
| 34. SPDR Gold Trust (T-BNY) | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Williams, Stephen F. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Vanguard Prime MoneyMarket (T-CDW) N. 3 | A | Dividend | N | T | | | | | |
| 36. Mid-Cap Index Vanguard T-(CDW) | A | Dividend | | | Sold | 11/20/12 | M | F | |
| 37. PRIME Cap, Vanguard (T-CDW) | A | Dividend | L | T | | | | | |
| 38. Total Int'l Stock Index, Vanguard (T-CDW) | | None | | | Sold | 02/23/12 | L | D | |
| 39. JP Morgan cash reserve (T-CDW) | A | Int./Div. | | | Sold | 10/19/12 | J | | |
| 40. JP Morgan Access Balanced Fund (T-CDW) | B | Dividend | | | Buy (add'l) | 02/27/12 | M | | |
| 41. | | | | | Sold | 10/18/12 | N | D | |
| 42. JP Morgan, cash reserve (IRA) | A | Int./Div. | | | Sold | 10/19/12 | J | | |
| 43. JP Morgan Access Balanced Fund (IRA) | D | Dividend | | | Sold | 10/26/12 | O | C | |
| 44. Morgan Stanley 2-YR Asian Outperformance Note (IRA) | | None | | | Sold | 05/18/12 | K | C | |
| 45. Morgan Stanley Market Plus SPX (IRA) | | None | | | Sold | 01/27/12 | K | D | |
| 46. Barclays Bren Commodities Note (10/2/12) (IRA) | | None | | | Sold | 10/26/12 | K | | |
| 47. Goldman Sachs SPX Note (6/10/12) (IRA) | | None | | | Sold | 06/22/12 | K | C | |
| 48. HSBC Strcutured Note due v3/13/13 (IRA) | | None | L | T | Buy | 02/24/12 | K | | |
| 49. JP Morgan Short Duration Bond Fund (IRA) | A | Dividend | | | Sold | 03/21/12 | M | | |
| 50. JPM Access Multi-Strategy Fund (IRA) | | None | N | T | Buy | 03/28/12 | M | | |
| 51. Vanguard Total Int'l (IRA) | B | Dividend | M | T | Buy | 12/05/12 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Williams, Stephen F.** | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Vanguard Total Stock Market Index (IRA) | D | Dividend | O | T | Buy | 12/05/12 | O | | |
| 53. JP Morgan Access Balanced Fund ( - IRA) | A | Dividend | | | Sold | 10/26/12 | M | B | |
| 54. JP Morgan cash reserve  IRA) | A | Interest | | | Sold | 11/28/12 | J | | |
| 55. Vanguard Money Market Fund ( IRA) | A | Dividend | M | T | Buy | 11/28/12 | M | | |
| 56. SSgA Age Based 2010 ( IRA)) | | None | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Williams, Stephen F. | 05/15/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. This is a trust established                    of which I am a life beneficiary.

2. This is a testamentary trust established              of which I am the life beneficiary.   Investments designated (T-BNY) are held in this trust.

2A.  This investment was acquired 3/4/2011 but was inadvertently omitted from my report for 2011.  The income during the reporting period and the value at the end of the reporting period were in the same categories for 2011 as for 2012.

3. This is  a testamentary trust established              of which I am the life beneficiary.  Investments designated (T-CDW) are held in this trust.

4. It develops that this account expired automatically because of          change of employment.

| Name of Person Reporting | Date of Report |
|---|---|
| Williams, Stephen F. | 05/15/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Stephen F. Williams**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544